UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENIKE ALLEN, et al.,** | : | **CASE NO: 1:22-cv-00358** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **JUDGE MICHAEL R. BARRETT** |
| vs. | : | |
| | : | |
| **ANGEL'S CARE FAMILY HOME, INC., et al.** | : | **[PROPOSED] ORDER** |
| | : | |
| **Defendants.** | : | |

The Court, upon consideration of Plaintiff's Unopposed Motion for Settlement and Attorney's Fees and Costs ("Motion," Doc ID 15), finds the Motion WELL TAKEN. The Motion is hereby GRANTED and the Court orders as follows:

1. The proposed settlement of this matter as detailed in the Settlement Agreement (Doc. ID 15, Exhibit A) is hereby APPROVED.

2. Within fourteen (14) calendar days of this Order, defendants shall pay Jenike Allen and Austin Dunn the settlement payments as detailed in the Motion.

3. Within fourteen (14) calendar days of this Order, defendants shall make the payment to Stokar Law, LLC for Attorneys' Fees and Costs as detailed in the Motion.

4. This matter is hereby Dismissed, WITH PREJUDICE, except that the Court shall retain jurisdiction for the enforcement of the settlement.

SO ORDERED this _____ day of _____ 2023.

_____
UNITED STATES DISTRICT JUDGE

Exhibit C