# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JENIKE ALLEN, et al.,** | : | **CASE NO: 1:22-cv-00358** |
| **Plaintiffs,** | : | |
| | : | **JUDGE MICHAEL R. BARRETT** |
| vs. | : | |
| | : | |
| **ANGEL'S CARE FAMILY HOME, INC., et al.** | : | **ORDER** |
| | : | |
| **Defendants.** | : | |

This matter is before the Court on Plaintiff Jenike Allen's Unopposed Motion for Approval of FLSA Collective Action Settlement and Attorneys' Fees and Costs (Doc. 15), which is hereby **GRANTED**. In connection therewith, the Court **ORDERS** as follows:

1. The proposed resolution of this matter as detailed in the Settlement Agreement and Release (Doc. 15-1) is **APPROVED**.

2. Within fourteen (14) calendar days of this Order, defendants shall pay Jenike Allen and Austin Dunn the settlement payments set forth in ¶ 2 of the Settlement Agreement and Release (Doc. 15-1).

3. Within fourteen (14) calendar days of this Order, defendants shall make the payment to Stokar Law, LLC for Attorneys' Fees and Costs as set forth in ¶ 13 of the Settlement Agreement and Release (Doc. 15-1) and as supported by the Declaration of Robb S. Stokar (Doc. 15-2).

4. This matter is **DISMISSED WITH PREJUDICE**, except that the Court shall retain jurisdiction for the enforcement of the settlement.

/s/ *Michael R. Barrett*
JUDGE MICHAEL R. BARRETT